IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **COLLETTE LA TRESE KEETON** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:22-cv-195-HSO-BWR |
| | § | |
| **MOSS POINT SCHOOL DISTRICT** | § | **DEFENDANT** |

## FINAL JUDGMENT OF DISMISSAL

The Court finds that, in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE** as a discovery sanction under Federal Rule of Civil Procedure 37 and for failure to prosecute or comply with the Court's Order [26].

**SO ORDERED** this the 10th day of January, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE